| Attorney or Party without Attorney:<br>SMTD LAW LLP<br>EDWARD R. STEPANS, ESQ. (154233)<br>17901 VON KARMAN AVENUE SUITE 500<br>IRVINE, CA 92605<br>  Telephone No: (949) 537-3800<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: THE GUARANTEE COMPANY OF NORTH AMERICA USA, a Michigan corporation |
| Defendant: MW LOGIC, INC., a California corporation, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:17-cv-07213-JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action, Complaint of the Guarantee Company Of the North America USA, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Plaintiff The Guarantee Company Of North America USA's Frcp 7.1 Disclosure Statement.

3. a. Party served:     Valisa Murillo, an individual
   b. Person served:    Valisa Murillo
                        served under F.R.C.P. Rule 4.

4. Address where the party was served:    2559 Lakeview Dr, San Leandro, CA 94577

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun, Dec 31 2017 (2) at: 05:42 PM

6. **Person Who Served Papers:**
   a. Michael Bliss (721, Alameda)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. **The Fee** for Service was:$35.66

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

01/04/2018                               *m. Bliss*
(Date)                                   (Signature)



PROOF OF SERVICE

1893739
(11227822)